# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 04-290 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| KAMMAR KAREEM HUNT | |
| Defendant. | |

David P. Steinkamp, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Jordan S. Kushner, **LAW OFFICE OF JORDAN S. KUSHNER,** 431 South Seventh Street, Suite 2446, Minneapolis, MN 55415, for defendant.

The defendant has brought a second motion for early termination of probation, pursuant to 18 U.S.C § 3564(c). Defendant requests that his term of probation be terminated because he believes that he has been successful complying with the terms of his probation. The Court received correspondence from U.S. Probation Officer, David Duncan, who had contacted the defendant's supervising probation officer in California, Stephanie Woovertan, to solicit her views on the defendant's request. The probation office recommends approval of the early termination request because the defendant has not incurred any infractions during his period of supervision. In addition, the Government does not object to the request to the motion.

Based upon defendant's request, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that defendant's second motion for early termination of probation [Docket No. 194] is **GRANTED**.

DATED: July 15, 2009  
at Minneapolis, Minnesota                             ____s/John R. Tunheim_____  
                                                                    JOHN R. TUNHEIM  
                                                              United States District Judge